# CIVIL CAUSE FOR STATUS CONFERENCE (TEL)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 4/10/2019      TIME: 4:30 PM      TIME IN COURT: 10 min.

CASE:   **Robinson v. State University of New York et. al.
2:18-cv-05248-JMA-GRB**

APPEARANCES:   For Plaintiff: Stewart Karlin

For Defendant: Susan Tokarski

FTR:

**FILED
CLERK**

4/10/2019 4:41 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A telephone conference is scheduled for  . Counsel for the plaintiff shall initiate the call and contact Chambers at 631-712-5600 when all parties are on the line.
- ☒ Other: [10] Motion to withdraw as attorney is granted.  The case is stayed for 30 days to allow the plaintiff to retain counsel or to advise the Court if he will proceed pro se.  The Clerk of the Court is directed to mail a copy of this order to the plaintiff at the address listed in the motion to withdraw.