**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KERWIN ROBINSON,

              Plaintiff,

- against -

**JUDGMENT**
CV 18-5248 (JMA)(GRB)

STATE UNIVERSITY OF NEW YORK and
NASSAU COMMUNITY COLLEGE,

              Defendants.
-----------------------------------------------------------X

An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on September 16, 2019, dismissing plaintiff's complaint without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), and directing the Clerk of the Court to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff Kerwin Robinson take nothing of defendants State University of New York and Nassau Community College; that plaintiff's complaint is dismissed without prejudice for failure to prosecute; and that this case is closed.

Dated: September 17, 2019
       Central Islip, New York

                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT
                                  BY:   /S/ JAMES J. TORITTO
                                            DEPUTY CLERK